# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

**BOKF, NA, a National Banking Association,**

      **Plaintiff ,**

vs.                                         Cause No. 1:17-cv-01019-KK/KBM

**FINANCE NEW MEXICO, LLC, a New Mexico limited liability company,**

      **Defendant.**

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff BOKF, N.A.by and through its attorneys Modrall Sperling Roehl Harris & Sisk, P.A., states that no answer has been filed by the defendant and no motion for summary judgment has been filed. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff BOKF, N.A., hereby gives notice of dismissal with prejudice of this case.

                              Respectfully Submitted,

                              MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.

                              By:   */s/ Paul M. Fish*
                                   Paul M. Fish
                                   Nathan T. Nieman
                                   Post Office Box 2168
                                   500 Fourth Street NW, Suite 1000
                                   Albuquerque, New Mexico  87103-2168
                                   Telephone: (505) 848-1800
                                   *pfish@modrall.com*
                                   *Attorneys for BOKF, NA*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of February, 2018 I filed the foregoing document through the CM/ECF system causing all parties or counsel to be served by electronic means, as more fully reflected on the notice of electronic filing.

Larry J. Montano
Julia Broggi
Holland & Hart, LLP
110 N. Guadalupe, Suite 1
Santa Fe, NM 87505
Tel: (505) 988-4421
*lmontano@hollandhart.com*
*jbroggi@hollandhart.com*
*Counsel for Defendant*


MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.


By: */s/ Paul M. Fish*
    Paul M. Fish

*W3133715.DOCX*